No. 01–10403. FELDER v. GEORGIA; and

No. 01–10844. WARD v. GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: 274 Ga. 870, 561 S. E. 2d 88.

No. 01–10404. HARRINGTON v. ADAMS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10407. ARTIS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 01–10412. KINGSOLVER v. RAY ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–10413. LEAL-BERNAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10414. KEELEN v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–10418. MCMILLAN v. GIBSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–10422. HOWLETT v. SCHOOL BOARD OF THE CITY OF NORFOLK. C. A. 4th Cir. Certiorari denied.

No. 01–10427. MCLEOD v. THIBODEAUX ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–10428. CALDERIN v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–10433. WILLIAMS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–10437. GRIMES v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–10440. HALL v. THOMAS, DEPUTY WARDEN. Ct. App. Ariz. Certiorari denied.

No. 01–10441. FAISON v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.